IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR294 |
| LYNN C. BOWER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED that the following is set for hearing on **July 5, 2006** at **3:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion for Release Pending Sentencing [94] filed by the defendant.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge