IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR294** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LYNN C. BOWER,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's notice of requested redaction (Filing No. 116) and the defendant's sealed motion to request redaction (Filing No. 117). The defendant requests redaction of two parts of the transcript (Filing No. 114) of the Evidentiary Hearing proceedings before Judge Thalken that were held on July 5, 2006. Upon consideration,

    **IT IS ORDERED:**

    1.    The defendant's notice of requested redaction (Filing No. 116) and the defendant's sealed motion to request redaction (Filing No. 117) are granted in part and denied in part.

    2.    The first request for redaction, "Page five (5) beginning with line seventeen (17) 'Are you aware . . .' and continuing through page six (6), line six (6) '. . . problem, yes.'" is granted.

    3.    The second request for redaction, "Page ten (1) line one (1) through four (4)," is denied.

    DATED this 19th day of September, 2006.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                         United States Magistrate Judge