IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR294 |
| | ) | |
| v. | ) | |
| | ) | |
| LYNN C. BOWERS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant's request for a 60 day stay in the proceedings on petitioner's 28 U.S.C. § 2255 motion to allow petition to finish briefing (Filing No. 184). The Court finds said request should be granted. Accordingly,

IT IS ORDERED that defendant's request is granted; defendant shall have until October 10, 2008, to file a brief in support of his § 2255 motion.

DATED this 25th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court