IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )          8:05CR294
                                )
          v.                    )
                                )
LYNN C. BOWERS,                 )             ORDER
                                )
               Defendants.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion filed pursuant to Title 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 183) is denied.

DATED this 23rd day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court